LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

150242.1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MUSE, an individual, | Case No.   3:16-cv-02740-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:16-cv-02740-HSG, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: ___June 16___, 2016

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge